AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2022
    SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ZHENHUA TIAN | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br><br>Case No.  2:22-PO-0033-JAG-1<br>USM No.  9J9MD9PAV<br><br>Frank Cikutovich<br>_Defendant's Attorney_ |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   1 of the Complaint

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 USC § 1325(a)(1) | Improper Entry by Alien | 05/21/2022 | 1 |

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| **Total:** | $ 0.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  XXXX

Defendant's Year of Birth:  1972

City and State of Defendant's Residence:
Unknown, China

06/15/2022
_Date of Imposition of Judgment_

_Signature of Judge_

James A. Goeke                U.S. Magistrate Judge
_Name and Title of Judge_

June 17, 2022
_Date_

AO 245I   (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
          Sheet 2 — Imprisonment

DEFENDANT: ZHENHUA TIAN                                     Judgment — Page  2  of  2
CASE NUMBER: 2:22-PO-0033-JAG-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Time Served

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL